**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **A.T. INDIVIDUALLY and as PARENT** | |
| **AND NATURAL GUARDIAN OF O.T.,** | |
| **a minor** | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO. 17-4983** |
| | : |
| **OLEY VALLEY SCHOOL DISTRICT,** | : |
| **et al.** | : |

## O R D E R

    **AND NOW,** this 20th  day of June, 2018, it is hereby **ORDERED** that defendant Oley Valley School District's Motion to Dismiss [Doc. 9] is **DENIED**.

                              **BY THE COURT:**


                              **/s/ Jeffrey L. Schmehl**
                              **JEFFREY L. SCHMEHL, J.**