IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.T., INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF O.T., A MINOR | :<br>:<br>: CIVIL ACTION<br>: |
| v. | : NO. 17-4983<br>: |
| OLEY VALLEY SCHOOL DISTRICT | :<br>: |

### O R D E R

**AND NOW,** this 7th day of December, 2021, upon consideration of the Defendant's motion for summary judgment and all responses and replies thereto, it is hereby **ORDERED** that the motion [Doc. 95] is **DENIED.**

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.