IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.T., INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF O.T., A MINOR | : <br> : <br> : CIVIL ACTION <br> : |
| v. | : NO. 17-4983 <br> : |
| OLEY VALLEY SCHOOL DISTRICT | : <br> : |

## O R D E R

**AND NOW,** this 1st day of February, 2023, it is hereby **ORDERED** that:

1. The Defendant Oley Valley School District's motion for summary judgment on damages [Doc. 129] is **GRANTED** in part and **DENIED** in part.

2. Judgment is **ENTERED** in favor of the Oley Valley School District against the Plaintiffs on all of Plaintiffs' claims for compensatory emotional damages brought under Title IX, Section 504 of the Rehabilitation Act and the Americans with Disabilities Act. These include Plaintiffs' claims for past, present and future medical expenses based on emotional distress such as bipolar disorder, anxiety, humiliation, embarrassment, frustration and alcohol and drug addiction and past, present and future emotional pain and suffering/mental distress.

3. Plaintiffs' claims for lost income, lost opportunity, fringe benefits, attorney fees and costs and any other non-emotional distress compensatory damages shall remain.

4. Defendant's motion for permission to supplement authority on damages [Doc. 144] is **GRANTED**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.